NUMBER 13-08-00223-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


COLUMBIA RIO GRANDE HEALTHCARE L.P. 

D/B/A RIO GRANDE REGIONAL HOSPITAL 

AND OSCAR LUIS TRUJILLO, M.D., Appellants,


v.



ELIAS DE LA GARZA AND LYNDA DELEON, 

INDIVIUALLY AND AS NEXT FRIENDS OF 

CRYSTAL HYATT DE LA GARZA, A MINOR, Appellees.

_________________________________________________________


On appeal from the 206th District Court of Hidalgo County, Texas.


_________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 The parties to this appeal have filed a joint motion asking the Court to vacate the
trial court's judgment and render judgment of dismissal. According to the motion, the
parties have reached an agreement to settle and compromise their differences. They ask
this Court to vacate the underlying judgment and render judgment dismissing all claims
with prejudice and tax any cost against the party that incurred it. See Tex. R. App. P.
42.1(a)(2)(A). 

 We GRANT the joint motion to vacate the judgment. We RENDER judgment, 
DISMISS all claims with prejudice, and DISMISS this appeal. In accordance with the
agreement of the parties, costs are taxed against the party incurring same. Having
dismissed the appeal at the parties' request, no motion for rehearing will be entertained. 
At the request of the parties, the mandate will issue immediately. See Tex. R. App. P.
18.1(c). Other pending motions, if any, are dismissed as moot. 

 


 PER CURIAM


Memorandum Opinion delivered and filed

this the 20th day of January, 2009.